UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANGELO SCOLIERI and
KATHLEEN SCOLIERI, individually
and as Trustee of the Angelo Scolieri
Revocable Insurance Trust UTA
August 23, 2007

      Plaintiffs,

v.                                  Case No: 2:16-cv-690-FtM-38CM

JOHN HANCOCK LIFE
INSURANCE COMPANY (U.S.A.)
and FIRST INSURANCE
FUNDING CORP.,

      Defendants.

## ORDER

This matter comes before the Court upon review of the Joint Motion to Postpone Deadline to Complete Mediation by 60 Days (Doc. 51) filed on February 16, 2017.  The parties seek to extend the mediation deadline of February 20, 2017 by sixty (60) days because Defendants filed motions to dismiss (Docs. 40, 41), and the parties seek to mediate after the resolution of Defendants' motions to dismiss.  Doc. 51.  On November 2, 2016, the Court entered a Case Management and Scheduling Order setting the mediation deadline to February 20, 2017, the discovery deadline to November 3, 2017, the deadline for dispositive motions to December 7, 2017, and a trial term of May 7, 2018.  Doc. 34 at 1-2.

District courts have broad discretion when managing their cases in order to ensure that the cases move to a timely and orderly conclusion.  *Chrysler Int'l Corp.*

v. *Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002). Rule 16 requires a showing of good cause for modification of a court's scheduling order. Fed. R. Civ. P. 16(b)(4). "This good cause standard precludes modification unless the schedule cannot be met despite the diligence of the party seeking the extension." *Sosa v. Airprint Sys., Inc.*, 133 F. 3d 1417, 1418 (11th Cir. 1998) (internal quotations and citations omitted).

Here, the Court will grant the requested extension because the parties demonstrate good cause and the motion is unopposed. Doc. 51. Given the needs of this case, however, the Court finds that the extension of the mediation deadline by forty-five (45) days instead of sixty (60) days as requested by the parties is sufficient.

ACCORDINGLY, it is hereby

**ORDERED:**

1. The Joint Motion to Postpone Deadline to Complete Mediation by 60 Days (Doc. 51) is **GRANTED in part and DENIED in part**.

2. The mediation deadline is extended to **April 6, 2017**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 22nd day of February, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record